# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2860
L.T. Case No. 1998-CF-002377-A

_____

ERRON BING,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Erron Bing, Okeechobee, pro se.

No Appearance for Appellee.

November 26, 2024

PER CURIAM.

   AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

JAY, KILBANE, and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————